**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000492
21-APR-2021
09:19 AM
Dkt. 19 ODSD**

NO. CAAP-20-0000492

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

VICTORIA MAIKUI and on Behalf of Minor, Petitioner-Appellant, v.
JAMES MAIKUI, Respondent-Appellee

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(FC-DA NO. 20-1-008)

ORDER DISMISSING APPEAL
(By: Hiraoka, Presiding Judge, Wadsworth and Nakasone, JJ.)

Upon review of the record, it appears that:

(1) On July 30, 2020, Petitioner-Appellant Victoria Maikui (Maikui) filed the notice of appeal;

(2) On September 22, 2020, the family court clerk filed the record on appeal, and the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before October 2, 2020, and November 2, 2020, respectively;

(3) Maikui failed to file either document or request an extension of time;

(4) On November 18, 2020, the appellate clerk notified Maikui that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on November 30, 2020, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and Maikui could request relief from default by motion; and

(5) Maikui took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, April 21, 2021.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Karen T. Nakasone
Associate Judge